SECOND DEPARTMENT, MAY, 1952.

(May 2, 1952.)

In the Matter of LEO LACQUA, Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.—

Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

(May 5, 1952.)

JAMES A. ANDREWS, Respondent, v. SAMUEL LEBIS et al., Appellants, et al., Defendants.— Present — Nolan, P. J., Johnston, Adel and Wenzel, JJ.; Carswell, J., not voting. Motion for reargument, to resettle order and for other relief denied, without costs. Present— Nolan, P. J., Wenzel, MacCrate and Schmidt, JJ.; Carswell, J., not voting. [See ante, p. 1013.]

JACOB HILLIG, Appellant, v. STANLEY REICH, Respondent.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.